# EXHIBIT A

# Form A

**SUPERIOR COURT OF N.J.
CUMBERLAND COUNTY**

**Plaintiff or Filing Attorney Information:**

Name: Charles A. Lawson

NJ Attorney ID Number: N/A

Address: 54 West Broad St.
Bridgeton, NJ 08302

Telephone Number: 856 265 8786

**AUG 30 2021
REC'D & FILED
CIVIL CASE
MANAGEMENT OFFICE**

Charles Lawson, Plaintiff,

v.

Dicks Sporting Goods Corp.
Lost Prevention,
Ed Stack Executive Chairman, Defendant(s).

Superior Court of New Jersey
Civil Division Cumberland County
Civil Part
Docket No: L-527-21
(to be filled in by the court)

Civil Action
**AMENDED**
Complaint

Plaintiff, Charles Lawson, residing at
54 West Broad St., City of Bridgeton
(your address)                     (your city or town)
County of Cumberland
(your county)

State Of New Jersey, complaining of defendant, states as follows:

1. On January 29, 2018, Dicks Sporting Goods Corp Defendant
(name of person being sued)
(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)
I was racially discriminated against because I am a blackman I was wrongfully arrested by impermissible suggestive Identification procedures mistakenly identified for shoplifting, I was arrested and incarcerated for over 5 months in the Cumberland County Jail awaited Trial in which I was found innocent by a Jury on August 12, 2019

The defendant in this action resides at 3849 S. Delsea Drive Vineland NJ
(defendant's address)                                                   08360
In the County of Cumberland, State of New Jersey.
(name of county where defendant lives)

2. Plaintiff is entitled to relief from defendant under the above facts. New Jersey allows wrongfully accused and wrongfully convicted persons who did not plead guilty to the crime for which he/she was convicted within 2 yrs from relief or pardon to recieve compensation twice the amount of their income page 6 of 7 in the year prior to incarceration or $50,000 or which.ever is greater plus $1500.00 per day incarcerated

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210

# Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

   1. Defamation of character which is an act of harming my reputation of Dicks Sporting and their Loss Prevention security making a false statement more specifically saying I stole from them.

   2. Negligent hiring - Dicks hired Loss Prevention store detectives who were careless and Dicks hired them knowing they were not fit for the job. Professional Negligence - malpractice

   3. I was racially discriminated against based on my race Afro American. I was selected for enforcement based on my race and was falsely imprisoned for over 5 months, put in the paper, lost my job etc.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 8/25/2021     Signature: Charles Lawer

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: 8/25/2021     Signature: Charles Lawer

OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court Rules 1:8-2(b) and 4:35-1(a).

Dated: 7/15/2021     Signature: Charles Lawer

Revised 11/17/2014, CN 10553
Revised 11/01/2013, CN 11210

| Court's Address and Phone Number: | Superior Court of New Jersey |
|---|---|
| Cumberland ___ Special Civil Part | Law Division, Special Civil Part |
| Cumberland County Courthouse | Cumberland County |
| 60 West Broad Street | Docket No: DC CUM L 000527 |
| Bridgeton, NJ 08302 | Civil Action |
| Telephone No. (856) 878-5050 ext. 15390 | **SUMMONS** |
| | Check one ☐ Contract ☑ Tort |

## YOU ARE BEING SUED!

**Person or Business Suing You (*Plaintiff*)**

Charles Alex Lawson
51 West Broad St
Bridgeton NJ, 08302

(See the following page(s) for additional plaintiffs)

**Plaintiff's Attorney Information**

John P Morris
142 West Broad St
Bridgeton NJ 08302

**Person or Business Being Sued (*Defendant*)**

Dicks Sporting Goods
3849 S Delsea Drive
Vineland NJ, 08360

(See the following page(s) for additional defendants)

The Person or Business Suing You Claims You Owe the Following:  Amended

| | |
|---|---|
| Demand Amount | $ ~~750,000.00~~ $250,000.00 |
| Filing Fee | $ 250.00 |
| Service Fee | $ 35.00 |
| Attorney's Fees | $ N/A |
| TOTAL 250,000 | $ ~~085,00~~ 750,285.00 |

**FOR JUDICIARY USE ONLY**

In the attached complaint, the person or business suing you briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

IF YOU DISAGREE WITH THE PLAINTIFF'S CLAIMS, A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE _____, OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DO ONE OR BOTH OF THE FOLLOWING:

1. *Answer the complaint.* An answer form that will explain how to respond to the complaint is available at any of the New Jersey Special Civil Part Offices or on the Judiciary's Internet site njcourts.gov. If you decide to file an answer to the complaint made against you:
   - Fill out the Answer form AND pay the applicable filing fee by check or money order payable to: *Treasurer, State of New Jersey*. Include DC _____ (your Docket Number) on the check.
   - Mail or hand deliver the completed Answer form and the check or money order to the court's address listed above.
   - Hand deliver or send by regular mail a copy of the completed Answer form to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed answer form to the plaintiff by regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before _____.

2. *Resolve the dispute.* Contact the plaintiff's attorney, or contact the plaintiff if the plaintiff does not have an attorney, to resolve this dispute. The plaintiff may agree to accept payment arrangements. If you reach an agreement, mail or hand deliver the SIGNED agreement to the court's address listed above on or before _____.

**Please Note** - You may wish to get an attorney to represent you. If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at _____. If you can afford to pay an attorney but do not know one, you may call the Lawyer Referral Services of your local County Bar Association at _____. Notify the court now if you need an interpreter or an accommodation for a disability for any future court appearance.

/s/ Name _____
Clerk of the Superior Court

page 10 of 12

Revised 06/26/2017, CN 10541
Revised effective 9/1/2018 by 9/14/2018 Notice to the Bar, CN 11808, DC Summons - Appendix XI-A(1)
Revisado con vigor a partir del 1 de septiembre, 2018, mediante un Aviso al Colegio de Abogados del 14 de septiembre de 2018
CN 11808, DC Summons - Apéndice XI-A(1)

```
CUMBERLAND COUNTY SUPERIOR COURT
CIVIL CASE MANAGEMENT
60 W BROAD ST
BRIDGETON        NJ 08302
                                     TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (856) 878-5050
COURT HOURS  8:30 AM - 4:30 PM

                       DATE:   JULY 22, 2021
                       RE:     LAWSON CHARLES  VS DICK SPORTING
                       DOCKET: CUM L -000527 21

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

     DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JAMES R. SWIFT

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM    101
AT:  (856) 878-5050.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                       ATTENTION:
                                  CHARLES A. LAWSON
                                  54 W BROAD ST
                                  BRIDGETON        NJ 08302



JUHRUS1
```

Charles Lawson
Cumberland County Jail
54 West Broad St.
Bridgeton, NJ. 08302

Cumberland County Courthouse
Civil Part / Clerk
60 West Broad St
Bridgeton, N.J. 08302

08302-251560

SOUTH JERSEY NJ 080
27 AUG 2021 PM 7 L

